1  Adam P Thursby, Esq. (SBN 318465)
2  Kristin A. Zilberstein, Esq. (SBN: 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.,
4  Santa Ana, CA 92705
   Ph:  (949) 427-2010
5  Fax: (949) 427-2732
6  athursby@ghidottilaw.com

7  Attorney for Secured Creditor
   US Bank Trust National Association as Trustee of the Igloo Series III Trust
8

9
               UNITED STATES BANKRUPTCY COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND  DIVISION
12

13 | In Re:                              | )  CASE NO.:  13-46458
14 | VINCENT RAY AKERS                   | )
   | CANDI LOUISE AKERS                  | )  CHAPTER 13
15 |                                     | )
16 |                                     | )  RS No.: MRG-100
   |        Debtor.                      | )
17 |                                     | )  **MOTION FOR RELIEF FROM**
   |                                     | )  **THE AUTOMATIC STAY**
18 |                                     | )
19 |                                     | )  Date:   October 17, 2018
   |                                     | )  Time:   9:30 a.m.
20 |                                     | )  Ctrm:   220
   |                                     | )  Place:  US Bankruptcy Court
21 |                                     | )          1300 Clay Street
   |                                     | )          Oakland, CA 94612
22 |                                     | )
23 |                                     | )  Judge: William J Lafferty
   |                                     | )
24 |                                     | )
   |                                     | )
25 |                                     | )
   |                                     | )
26 |_____| )

27

28

Case: 13-46458   Doc# 98   Filed: 09/28/18   Entered: 09/28/18 11:38:13   Page 1 of 3

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

US Bank Trust National Association as Trustee of the Igloo Series III Trust, its successors and/or assignees, ("Secured Creditor"), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. §362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and ocntinue all acts necessary to foreclose under the Deed of Trust secured by Debtor's property, commonly known as 2856 Gardenside Court, Brentwood, CA 94513, ("Property" herein).

As stated in the attached Declaration, the Debtor has failed to make 7 post-petition payments (3/1/2018 through 9/1/2018).

Based on the foregoing, Secured Creditor alleges that it is not adequately protected. Secured Creditor is not receiving regular monthly pyaments, and is unfairly delayed from proceeding with foreclosure of the Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. §362(d)(1) and (2).

Secured Creditor holds the original promissory Note dated 5/31/2007, in the principal amount of $540,000, which is secured by a Deed of Trust of the same date and is signed by Vincent Akers and Candi Akers.

Secured Creditor is entitled to relief under 11 U.S.C. §362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief form the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.

////

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

Case: 13-46458   Doc# 98   Filed: 09/28/18   Entered: 09/28/18 11:38:12   Page 2 of 3

13-46458
Motion for Relief

1    4.  For attorneys' fees and costs incurred herin.

2    5.  For such other relief as the Court deems proper.

3    6.  The Moving Party, at its option, may offer, provide and enter into any potential

4        forebearance agreement, loan modification, refinance agreement or other loan

5        workout/loss mitigation agreement as allowed by state law.  The Movant may contact

6        the Debtor via telephone or written correspondence ot offer such an agreement.  Any

7        such agreement shall be non-recourse.

8    7.  Furthermore, Movant may contact the Debtor to comply with California Civil Code

9        Section 3923.5.

10

11   Dated: September 26, 2018                    LAW OFFICES OF MICHELLE GHIDOTTI

12

13                                               /s/ Adam Thursby
                                                 Adam Thursby, Esq.
14                                               US Bank Trust National Association as Trustee of
                                                 the Igloo Series III Trust its successors and/or
15                                               assignees

16

17

18

19

20

21

22

23

24

25

26

27

28