# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

October 01, 2018

NAVIENT SOLUTIONS
PO BOX 9000
WILKES-BARRE, PA 18773

# FIRST NOTICE

Chapter 13 Case No.: 13-46458-WJL13
Re: Vincent Ray Akers & Candi Louise Akers

We received a notification regarding claim# 12-2 filed by NAVIENT SOLUTIONS. Letter states loan is overpaid.

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Joan Grimes Atty, 1600 S Main St #100, Walnut Creek, CA  94596

Navient Solutions Inc, Po Box 9640, Wilkes-Barre, PA  18773-9640

Navient Solutions, Po Box 9000, Wilkes-Barre, PA  18773-9000

Sallie Mae, Po Box 9655, Wilkes Barre, PA  18773

Vincent Ray Akers & Candi Louise Akers, 2856 Gardenside Court, Brentwood, CA  94513