JOAN M. GRIMES, ESQ.
State Bar No. 121502
*LAW OFFICE OF JOAN GRIMES*
1600 S. Main Street, Suite 100
Walnut Creek, CA 94596
(925) 939-1680   Phone
(925) 407-8373   Fax

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Vincent Ray Akers<br>Candi Louise Akers,<br><br>Debtors. | Case No.   13-46458-WJL<br><br>Chapter 13<br><br>**DECLARATION OF DEBTORS IN OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>**Date:  December 12, 2018**<br>**Time: 9:30 a.m.**<br>**Courtroom:  220**<br><br>**US Bankruptcy Court Clerk**<br>**1300 Clay Street**<br>**Oakland, CA** |

We, Vincent Ray Akers and Candi Louise Akers, declare as follows:

1. We are the debtors in the above-referenced case.

2. We are the owners of 2856 Gardenside Court, Brentwood, CA 94513 (the "real property").  The real property is our residence.

3. We were able to obtain $20,000 so we could bring our home loan with BSI current through December, 2018.

DECLARATION OF DEBTORS IN OPPOSITION TO MOTION FOR RELIEF FROM STAY **Page** 1

4. We deposited the $20,000 in Tri Counties' Bank on December 3, 2018. The Bank has told us that there is a 7 business day hold on the funds and they will be available to us on December 12, 2018.

5. Once the hold is off the funds, we will overnight 6 payments to BSI to bring us current on the loan through December 2018.

6. Attached is a copy of the deposit receipt.

This declaration is made under penalty of perjury and executed this 6th day of December, 2018 at Brentwood, CA.

<u>/s/ Vincent Ray Akers and Candi Louise Akers</u><br>
Vincent Ray Akers and Candi Louise Akers