# ⑨ tri counties bank

uncollected funds may be placed on funds deposited by check or similar instruments. Thi
to withdraw such funds. The delay, if any, would not exceed the period of time permitted

```
12/3/2018 17:49      $20,000.00
3701 TlrDDDep
*****0200
Available Balance: $24,211.76
Please visit tcbk.com/welisten
 and comment on our service.
8)
```